# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMRIT HANS-ATCHISON,

        Plaintiff,

v.                                                                    Case No:   6:24-cv-586-ACC-LHP

BLUE CROSS BLUE SHIELD
HEALTHCARE PLAN OF GEORGIA,
INC.,

        Defendant

_____

## ORDER

Before the Court is Plaintiff's Motion to Allow Discovery in ERISA Action and to Supplement the ERISA Record.   Doc. No. 47.   Defendant responds in opposition.   Doc. No. 53.   Upon review, the Court finds a reply brief from Plaintiff appropriate, to address the issues raised by Defendant's response and other certain targeted issues, as set forth below.

Accordingly, it is **ORDERED** that, on or before **March 21, 2025,** Plaintiff shall file a reply brief, not to exceed **ten (10) pages** in length, addressing by <u>citation to legal authority and evidence as appropriate</u>, the following issues:

    1.      Why Plaintiff's motion is not untimely and/or moot, given that the administrative record was filed on November 20, 2024, Doc. No. 41 (sealed),

Plaintiff's Brief was filed on February 10, 2025, Doc. No. 46, Plaintiff did not file the motion until February 24, 2025, Doc. No. 47, and Defendant's Brief is due March 13, 2025, *see* Doc. No. 49.

2.      Assuming Plaintiff's motion is timely and not moot, Plaintiff shall clarify whether she is seeking to compel from Defendant discovery outside of the administrative record (as suggested by the legal authority cited in the motion), or if instead, Plaintiff is seeking to have Defendant supplement the administrative record with listed records Defendant already has that Plaintiff is arguing were or should have been considered in resolution of Plaintiff's claim, *see* Doc. No. 47, at 4–5 (list of records).

3.      All issues raised by Defendant's response, including but not limited to, Defendant's argument that the documents Plaintiff seeks to add to the administrative record either did not exist or were not available at the time of the benefit determination.   *See* Doc. No 53, at 2, 9.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties